HOLCOMB, APPELLANT, *v.* THE STATE OF OHIO, APPELLEE.

[Cite as *Holcomb v. State*, 136 Ohio St.3d 82, 2013-Ohio-2414.]

(No. 2013–0108—Submitted June 5, 2013—Decided June 13, 2013.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Kirk A. Migdal, for appellant.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Lesley A. Walter, Assistant Prosecuting Attorney, for appellee.

